Case No.  CV 18-3252-MWF (JCx)          Date:  June 5, 2018
Title:    Christopher Mathew Spencer v. Ami A. Mon, et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Relief Deputy Clerk: | Court Reporter: |
|---|---|
| Cheryl Wynn | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE: PLAINTIFF'S MOTION TO REMAND [15]

Before the Court is Plaintiff's Motion to Remand (the "Motion"), filed on May 14, 2018. (Docket No. 15). The Motion is unopposed.

Plaintiff noticed the Motion to be heard on **June 11, 2018**. The Court has read and considered the papers on the Motion and deems the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing is therefore **VACATED** and removed from the Court's calendar.

On February 2, 2017, Plaintiff commenced this action against 15 defendants, including DialogTech, Inc. and Irvin Shapiro (together, the "DialogTech Defendants"), in Los Angeles County Superior Court. On April 18, 2018, less than a month after being served, the DialogTech Defendants removed the action to this Court. (*See* Notice of Removal (Docket No. 1)). At that time, Plaintiff had not served any of the other 13 defendants and none of those defendants had appeared in the action. (*Id.* ¶ 7). Plaintiff has yet to file proof of service with respect to the other 13 defendants, and none of them have appeared. On May 10 and 12, 2018, Plaintiff voluntarily dismissed his claims against the DialogTech Defendants with prejudice. (Docket Nos. 13, 14).

Through his Motion, Plaintiff asks the Court to remand the action to Superior Court. The DialogTech Defendants having been dismissed and no other defendants having appeared, the Motion is obviously unopposed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 18-3252-MWF (JCx)          **Date:** June 5, 2018
Title:      Christopher Mathew Spencer v. Ami A. Mon, et al.

The Motion is **GRANTED**.

The Court **REMANDS** this action to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.